452 A.2d 1098

Commonwealth v. Cottman, Appellant.

Submitted October 20, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

452 A.2d 1098

Commonwealth v. Devereaux, Appellant.

Submitted April 21, 1981. Daniel McGee, Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.